IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BROOKE JEFFRESS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OCWEN FINANCIAL CORPORATION | : | NO. 15-6330 |

<u>ORDER</u>

AND NOW, this 26th day of May, 2016, upon consideration of defendant Ocwen Financial Corporation's motion to strike plaintiff's jury demand (docket entry #16) and plaintiff Brooke Jeffress's response in opposition thereto, and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. Defendant Ocwen Financial Corporation's motion to strike plaintiff's jury demand (docket entry #16) is GRANTED;

2. Plaintiff Brooke Jeffress's demand for a jury trial is STRICKEN;

3. Pursuant to Fed. R. Civ. P. 39(a), the Clerk of Court shall STRIKE plaintiff's jury trial demand from the docket; and

4. Because of the inadvertent inclusion of certain personal identifying information that should have been redacted, the Clerk of Court shall STRIKE and REMOVE from the docket the exhibits attached to defendant's motion to strike plaintiff's jury demand (docket entry #16) and shall DOCKET instead those properly redacted exhibits provided by the defendant.

BY THE COURT:

\_\_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.