IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BROOKE JEFFRESS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OCWEN FINANCIAL CORPORATION | : | NO. 15-6330 |

O R D E R

AND NOW, this 26th day of October, 2016, upon consideration of Plaintiff's Motion to Compel Production of Documents and Information from Defendant, filed in this matter as Document No. 34, and Defendant's Response thereto, it is hereby ORDERED that the motion is GRANTED IN PART AND DENIED IN PART as follows:

1. The Motion is GRANTED as regards Plaintiff's request that Defendant be directed to set forth in a formal written discovery response that, after diligent inquiry, it has determined that it is not in possession or control of any documents or information, other than those it has provided, except where it has made a detailed objection;

2. The Motion is GRANTED with respect to items 1, 2, 6, 7 and 8;

3. The Motion is GRANTED IN PART and DENIED IN PART as specified in the accompanying Opinion with respect to items 3, 11 and 12;

4. The Motion is DISMISSED AS MOOT with respect to item 5; and

5. The Motion is DENIED with respect to items 4, 9 and 10.

It is FURTHER ORDERED that Ocwen's productions in response to this Order shall be made on or before Thursday, November 10, 2016.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE